UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JEFFERY MILTON STOKES, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:20-CV-179-DCLC-DCP |
| OFFICER CARTER, OFFICER TINSLEY, and OFFICER SMITH, | ) ) ) ) | |
| Defendants. | ) ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith:

1. Defendants' motion to dismiss [Doc. 23] is **GRANTED**;

2. This action is **DISMISSED**;

3. Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24; and

4. The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

**ENTER :**

s/Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT

s/John Medearis
CLERK OF COURT